UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONAVAN STENNETT,<br><br>      Plaintiff,<br><br>  -against-<br><br>NEW YORK STATE,<br><br>      Defendant. | 25-cv-2967 (LLS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 30, 2025, order, Plaintiff's amended complaint are dismissed based on Eleventh Amendment immunity and for failure to state a claim, 28 U.S.C. § 1915(e)(2)(B)(ii), (iii), and the Court declines supplemental jurisdiction of any state law claims, 28 U.S.C. § 1367(c)(3).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 3, 2025

   New York, New York

                /s/ Louis L. Stanton
                 LOUIS L. STANTON
               United States District Judge